IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ED RUSSELL d/b/a ALLEY ROADS MUSIC BMI,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. RICHARDSON, JR.,<br>JOE MITCHELL d/b/a BAY RIDGE PUBLISHING COMPANY BMI AND MISSILE RECORDS,<br><br>Defendants. | Civil No. 3:14-1555<br>Judge Trauger |

## O R D E R

On January 26, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 72), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the following motions are **DENIED** without prejudice:

1. Plaintiff's Motions for Summary Judgment (Docket Nos. 10, 67).

2. Defendant Richardson's Motions to Dismiss (Docket Nos. 15, 18, 24).

3. Defendant Mitchell's Motion to "Amend Defendants' Answer and Ask for a Full Dismissal with Full Prejudice" and "Exercise my rights to countersue plaintiff" (Docket No. 46).

It is so **ORDERED**.

ENTER this 19th day of February 2015.

                                                         _____
                                                            ALETA A. TRAUGER
                                                            U.S. District Judge